**Order filed July 3, 2012**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-12-00248-CV
_____

**EDWARD PAUL CELESTINE, Appellant**

**V.**

**COURTYARD OF THREE FOUNTAINS ASSOCIATION AND KRJ MANAGEMENT, INC., Appellees**

---

**On Appeal from the County Civil Court at Law No. 1
Harris County, Texas
Trial Court Cause No. 1006812**

---

# O R D E R

This appeal is from an order signed February 28, 2012. Appellant filed a notice of appeal on March 23, 2012. On May 3, 2012, the trial court denied the contest to appellant's pauper's affidavit and determined that appellant may proceed on appeal without payment of costs.

Accordingly, appellant is deemed indigent and is entitled to proceed without payment of costs. This court's order dated June 12, 2012 ordering appellant to pay the appellate filing fee is withdrawn.

PER CURIAM